IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD K. DALBERG,<br><br>Defendant. | Civil Action No. 1:10-cv-1271 |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 11) of the Magistrate Judge recommending that default judgment be entered against defendant Richard K. Dalberg ("Defendant") in favor of Plaintiff Pennsylvania Higher Education Assistance Agency ("Plaintiff") in the amount of $66,492.05. Specifically, the Magistrate Judge recommends an award of $61,116.58 for the principle due on the promissory note, interest of $2,007.07, plus late fees of $948.40, legal expenses of $2,070.00, and costs of $350.00. The Magistrate Judge further recommends that pursuant to the promissory note, Plaintiff is entitled to recover interest on the outstanding balance, accruing from February 15, 2011 until final judgment at the rate of 1.75% per annum, $2.93 per diem.[1] The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

---

[1] The Magistrate Judge recommends that Plaintiff recieve per diem interest from October 26, 2010, the date Defendant stopped paying his student loan. Because Plaintiff has already included interest accrued as of February 15, 2011 in the total amount due, additional per diem interest accrues as of February 15, 2011 to the date judgment is entered.

ORDERED that Plaintiff's Motion for Default Judgment (Doc. No. 8) be, and the same hereby is, GRANTED, and judgment be, and the same hereby is, entered against Defendant in the total amount of $66,492.05, plus interest accruing from February 15, 2011 to the date judgment is entered at the rate of 1.75% per annum or $2.93 per diem.

The clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 55 and 58, and is directed to send a copy of this Order to all counsel of record and to Defendant at the following address:

Richard K. Dalberg
1 Kingsley Court
Stafford, VA 22554.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 19, 2011